UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                     :
JANELYS HERNANDEZ,                                   :
on behalf of herself and all others similarly        :
situated,                                            :
                                                     :          23-CV-2649 (VSB)
                                    Plaintiff,       :
                                                     :             **ORDER**
                        -against-                    :
                                                     :
AMSOIL, INC.,                                        :
                                                     :
                                    Defendant.   :
---------------------------------------------------------X


<u>VERNON S. BRODERICK, United States District Judge</u>:

 Plaintiff Janelys Hernandez initiated this matter by filing a complaint on March 30, 2023.

(Doc. 1.)  On July 3, 2023, Defendant Amsoil, Inc. ("Amsoil") filed its answer to the complaint.

(Doc. 12.)  On July 5, 2023, I entered an Order directing the parties to submit a joint letter and a

proposed case management plan and scheduling order on or before July 21, 2023.  (Doc. 13.)  To

date, the parties have not done so.  Accordingly, the parties are hereby

 ORDERED to file the joint letter and proposed case management plan and scheduling

order by no later than August 4, 2023.  If the parties fail to do so, I will dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  July 25, 2023
  New York, New York


Vernon S. Broderick
United States District Judge